UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   CR-1-09-149 |
| Plaintiff | ) | |
| v. | ) | HON. HERMAN J. WEBER |
| ARCTIC GLACIER INTERNATIONAL INC., | ) | Violation: 15 U.S.C. § 1 |
| Defendant. | ) | |

## ORDER TO UNSEAL

IT IS **ORDERED** that the Information, Plea Agreement, and all other pleadings previously filed in the above-captioned matter be unsealed.

10/13/09
DATE

HON. HERMAN J. WEBER, Senior Judge
United States District Court