# LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038

RICHARD WARE LEVITT*
rlevitt@landklaw.com
NICHOLAS G. KAIZER*
nkaizer@landklaw.com

YVONNE SHIVERS
yshivers@landklaw.com
SENIOR APPELLATE COUNSEL

MATTHEW S. WILD**
mwild@landklaw.com
SENIOR COUNSEL

*ADMITTED IN N.Y., FLA., AND D.C.
**ADMITTED IN N.Y. AND D.C.

TELEPHONE
(212) 480-4000
FACSIMILE
(212) 480-4444

October 15, 2009

**VIA OVERNIGHT MAIL**

Hon. Herman J. Weber
Potter Stewart U.S. Courthouse, Room 801
100 East Fifth Street
Cincinnati, OH 45202

    Re:    *United States v. Arctic Glacier International Inc.*, 09-cr-149
             *United States v. Frank G. Larson*, 09-cr-147
             *United States v. Keith E. Cobrin*, 09-cr-146
             *United States v. Gary D. Cooley*, 09-cr-148

Dear Judge Weber:

      We represent nine individuals and have been appointed interim lead counsel for the indirect purchaser class in *In re Packaged Ice Antitrust Litig.*, MDL No. 1952, pending in the United States District Court for the Eastern District of Michigan. Our clients are victims of defendants' criminal activity. They paid more for packaged ice than they would have in the absence of defendants' criminal activity and we believe that the effect of the conspiracy continues to linger causing them harm today. We write to assert our clients' rights as victims under Crime Victims Rights Act (18 U.S.C. § 3771).

      In particular, we respectfully request the opportunity to be heard before the Court decides whether to accept the plea agreements with the above-referenced defendants. We only learned yesterday that the defendants entered into plea agreements with the government and that Arctic Glacier's arraignment is scheduled for October 27, 2009. Indeed, Arctic Glacier's plea agreement was made pursuant Fed. R. Crim. P. 11(C)(1)(c) and thus deprives the Court of any sentencing discretion should it accept the plea.

      Our need to be heard is even more compelling because it appears that the government may have violated the CVRA in entering into the plea agreements. Although the government has known of our existence for a long time, the government never conferred with us as the CVRA requires before entering into the plea agreements. *See, e.g., In re Dean*, 527 F.3d 391, 394 (5th Cir. 2008) ("the government should have fashioned a reasonable way to inform the victims of the

LEVITT & KAIZER
ATTORNEYS AT LAW

Hon. Herman J. Weber
October 15, 2009
Page 2

likelihood of criminal charges and to ascertain the victims' views on the possible details of a plea bargain").

The CVRA affords us, *inter alia*, "[t]he right to reasonable, accurate, and timely notice of any public court proceeding ... involving the crime" and "[t]he right to be reasonably heard at any public proceeding in the district court involving ... plea [or] sentencing." 18 U.S.C. § 3771(a)(2)&(4). The CVRA further provides that "the court shall ensure that the crime victim is afforded the[se] rights." 18 U.S.C. § 3771(b)(1). Accordingly, we respectfully request that the Court decline to accept Arctic Glacier's plea agreement at its arraignment scheduled on October 27, 2009 and allow us at least 30 days' notice before it considers accepting any plea agreement in connection with the above-referenced cases.

Respectfully yours,

Matthew S. Wild

cc: Kevin C. Culum, Esq,
Antitrust Division
U.S. Department of Justice
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, 14th Floor
Cleveland, OH 44113-1857
kevin.culum@usdoj.gov

John M. Majors, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
jmmajoras@jonesday.com

William Michael, Jr., Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
michael.william@dorsey.com

Douglas Grover, Esq.
Thompson Hine LLP
One Chase Manhattan Place, 59th Floor
New York, NY 10005-1401
douglas.grover@thompsonlaw.com

LEVITT & KAIZER
ATTORNEYS AT LAW

Hon. Herman J. Weber
October 15, 2009
Page 3

        Lawrence S. Lustberg, Esq.
        Gibbons PC
        One Gateway Center
        Newark, NJ 07102
        lustberg@gibbonslaw.com